

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAIMIE McCANN (DOC #172093) | CIVIL ACTION NO. 1:09-cv-2010 |
| VS. | SECTION P |
| | JUDGE DEE D. DRELL |
| CLERK U.S. DISTRICT COURT, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _5_ day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE